IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD ROOTS,

    Petitioner,                    No. 2:12-cv-2903 LKK KJN P

    vs.

CATE/VALENZUELA,

    Respondents.              <u>ORDER</u>

_____/

On March 1, 2013, petitioner filed a document styled, "Notice of Motion for T.R.O., Preliminary and Permanent Injunctions."[1] (Dkt. No. 22.) Petitioner seeks a court order directing prison staff at California Men's Colony, specifically the education department, to stop screening his legal filings, to copy his documents in one day, and to stop impeding his ability to obtain three copies of the habeas corpus petition which petitioner prepared pursuant to this court's January 10, 2013 order.

////

---

[1] This is the third time that petitioner has filed a motion for injunctive relief. As noted in this court's January 24, 2013 findings and recommendations, a motion for temporary restraining order is an extraordinary request, and requests for injunctive relief are reserved for situations where litigants face immediate and irreparable injury. (Dkt. No. 16 at 2.) Plaintiff's current request is not such a situation.

1

Petitioner is advised that his filing is more appropriately construed as a request for extension of time to comply with the court's January 10, 2013 order. Moreover, petitioner is informed that the court only requires one original amended petition. Unless petitioner seeks to have a conformed copy of the amended petition returned to him, and he provides a stamped, self-addressed envelope for such return, the court only requires the filing of the original, with no additional copies.

Although this action began as a civil rights action, the court construed petitioner's filing as a petition for writ of habeas corpus by order filed January 10, 2013. (Dkt. No. 10.) Thus, pursuant to the form appended to petitioner's motion, petitioner should be allowed to make three copies of the filing. Petitioner shall present a copy of this order with his request to photocopy the amended petition. If prison officials again refuse to make an appropriate number of copies, petitioner shall file a request for assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 1, 2013 motion (dkt. no. 22) is partially granted; and

2. Petitioner is granted thirty days from the date of this order in which to file an amended petition.

DATED: March 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

root2903.eot