IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD ROOTS,

    Petitioner,        No. 2:12-cv-2903 LKK KJN P

  vs.

CATE/VALENZUELA, et al.,

    Respondents        <u>FINDINGS & RECOMMENDATIONS</u>

                          /

        By order filed March 29, 2013, petitioner's application was dismissed and thirty days leave to file a second amended application was granted. On April 9, 2013, petitioner was granted an additional thirty days in which to file the amended application. (Dkt. No. 28.) Thirty days have now passed, and petitioner has not filed a second amended application or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED:  May 9, 2013

                                                    _____
                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

8  roo2903.fta2