1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD ROOTS,

11          Petitioner,                    No. 2:12-cv-2903 LKK KJN P

12      vs.

13   CATE/VALENZUELA, et al.,

14          Respondents          FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed March 29, 2013, petitioner's application was dismissed and thirty

17   days leave to file a second amended application was granted.  On April 9, 2013, petitioner was

18   granted an additional thirty days in which to file the amended application.  (Dkt. No. 28.)  Thirty

19   days have now passed, and petitioner has not filed a second amended application or otherwise

20   responded to the court's order.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

25   days after being served with these findings and recommendations, petitioner may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  May 9, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

roo2903.fta2